**MANDATE**

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 9/4/07
Docket Number: 07-2092-pr
Short Title: True v. Woods

DC Docket Number: 06-cv-1495
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Mark Kravitz

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of September two thousand seven.

John True, Jr.,

    Plaintiff-Appellant,

v.

James Woods,

    Defendants-Appellees.



## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

For the Court,
Catherine O'Hagan Wolfe, Clerk

By: Connie Mazariego
Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

Certified: SEP 4 2007